STATE OF NEW JERSEY v. BOB TANFIELD.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. NORWOOD WHITE.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. EARL ROGERS.

March 13, 1979.  Petition for certification denied.

ALVA REAHL v. RANDOLPH TOWNSHIP MUNICIPAL
UTILITIES AUTHORITY.

March 13, 1979.  Petition for certification denied.  (See 163
*N.J.Super.* 501)

STATE OF NEW JERSEY v. ROBERT CUMMINGS.

March 13, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. RONALD BLACKSHEAR.

March 13, 1979.  Petition for certification denied.